Certificate Number: 05781-PAW-DE-036356302

Bankruptcy Case Number: 22-10080



05781-PAW-DE-036356302

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2022, at 1:52 o'clock PM PST, Robert Anderson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    February 25, 2022                By:    /s/Allison M Geving

                                          Name:  Allison M Geving

                                          Title: President