FILED
3/3/22 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 22-10080-TPA |
| ROBERT J. ANDERSON, | : |
|     Debtor | : Chapter 7 |
| | : |
| ROBERT J. ANDERSON, Debtor, | : |
|     Movant | : Document No. |
| | : |
| v. | : Related to Document No. 1, 10 |
| | : |
| NO RESPONDENTS | : |

**ORDER**

AND NOW, after consideration of the Motion for Extension of Time to Complete Bankruptcy Filing filed by Debtor, it is hereby ORDERED that Debtor's Motion for Extension of Time is granted and that he shall fulfill the bankruptcy filing requirements on or before March 12, 2022.  No further extensions will be granted.

BY THE COURT:

_____
United States Bankruptcy Judge

nms

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert J. Anderson  
    Debtor

Case No. 22-10080-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert J. Anderson, 128 Wyllis St, Oil City, PA 16301-3024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Shawn B. Cohen | on behalf of Debtor Robert J. Anderson shawn@attyshawncohen.com<br>notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com |
| Tamera Ochs Rothschild | trothschild@gmx.com pa70@ecfcbis.com |

TOTAL: 4