# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Robert J Anderson**                                                                 Case No.  **22-10080**
Debtor(s)                                                                                             Chapter  **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Robert J Anderson**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **February 16, 2022**                                              Signature  **/s/ Robert J Anderson**
                                                                                                   **Robert J Anderson**
                                                                                                   Debtor