**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert J. Anderson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5042<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22-10080-TPA

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert J. Anderson

7/13/22

**By the court:** Thomas P. Agresti
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10080-TPA |
| Robert J. Anderson | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 13, 2022 | Form ID: 318 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Anderson, 128 Wyllis St, Oil City, PA 16301-3024 |
| 15455196 | + | Ameriserv Financial Ba, 216 Franklin Street, Johnstown, PA 15901-1911 |
| 15455215 | + | Rfcs/hmdpo, Po Box 965005, Orlando, FL 32896-5005 |
| 15455207 | + | loanDepot, Attn: Bankruptcy, Po Box 11733, Newark, NJ 07101-4733 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 14 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 14 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 14 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15455197 | + | EDI: CAPITALONE.COM | Jul 14 2022 03:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15455198 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2022 23:42:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15455200 | + | EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15455201 | + | EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15455202 | + | EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Citibank/Office Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 7032, Sioux Falls, SD 57117-7032 |
| 15455203 | + | EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Citibank/Sears, Citicorp Srvs/Centralized Bk Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 15455204 | + | EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St |

| District/off: 0315-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 318 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0034 |
| 15455205 | + | Email/Text: bncnotifications@pheaa.org | Jul 13 2022 23:41:00 | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15455206 | + | EDI: PHINGENESIS | Jul 14 2022 03:38:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15455199 | | EDI: JPMORGANCHASE | Jul 14 2022 03:38:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15455208 | + | Email/Text: angie@lpfinanceinc.com | Jul 13 2022 23:42:00 | Lp Financial Inc, 506 Twin Oaks Dr, Johnson City, TN 37601-7610 |
| 15455209 | | Email/Text: camanagement@mtb.com | Jul 13 2022 23:41:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15455210 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 13 2022 23:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15455211 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 23:42:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15455212 | + | EDI: NAVIENTFKASMSERV.COM | Jul 14 2022 03:38:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15455213 | + | EDI: LCIPHHMRGT | Jul 14 2022 03:38:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 15455214 | + | EDI: AGFINANCE.COM | Jul 14 2022 03:38:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15455216 | ^ | MEBN | Jul 13 2022 23:41:55 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15455217 | + | EDI: RMSC.COM | Jul 14 2022 03:38:00 | SYNCB/BRMart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15455611 | + | EDI: RMSC.COM | Jul 14 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15455218 | + | EDI: RMSC.COM | Jul 14 2022 03:38:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15455219 | + | EDI: RMSC.COM | Jul 14 2022 03:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15455220 | + | EDI: RMSC.COM | Jul 14 2022 03:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15455221 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 13 2022 23:42:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 22-10080-TPA    Doc 34    Filed 07/15/22    Entered 07/16/22 00:28:11    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 318 | Total Noticed: 31 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Shawn B. Cohen | on behalf of Debtor Robert J. Anderson shawn@attyshawncohen.com notices@attyshawncohen.com;notices1@attyshawncohen.com;notices2@attyshawncohen.com;centralpabk@gmail.com |
| Tamera Ochs Rothschild | trothschild@gmx.com pa70@ecfcbis.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com |

TOTAL: 6